THOMAS MURPHY, PLAINTIFF-PETITIONER, v. JOHNS-MANVILLE PRODUCTS CORPORATION, DEFENDANT-RESPONDENT.

See same case below: 45 *N. J. Super.* 478.

*Mr. Seymour Cohen* for the petitioner.

*Messrs. Carpenter, Bennett, Beggans & Morrissey* for the respondent.

October 7, 1957. Denied.

MARGARET BERGQUIST, ADMINISTRATRIX, *ETC.*, PLAINTIFF-RESPONDENT, v. GEORGE PENTERMAN, *ET AL.*, DEFENDANTS-RESPONDENTS, AND POINT PLEASANT HOME CONSTRUCTION COMPANY, DEFENDANT-PETITIONER.

See same case below: 46 *N. J. Super.* 74.

*Messrs. Roberts, Pillsbury & Carton* for the defendant-petitioner.

*Messrs. Parsons, Labrecque, Canzona & Combs* and *Mr. Joseph T. Grause* for the plaintiff-respondent.

*Mr. Edward E. Kuebler* for the defendants-respondents.

October 7, 1957. Denied.